IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WENDY N. JENKINS, ELEANOR SPRATLIN CRAWFORD, | ) ) ) CASE NO. 10-CV-03732-CAP-AJB |
| Plaintiffs, | ) ) ) |
| | ) **CIVIL COMPLAINT FOR** ) **DAMAGES** |
| vs. McCalla Raymer, et al | ) ) ) |
| Defendants. | ) ) PLAINTIFFS DEMAND ) TRIAL BY JURY |

## PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TAYLOR BEAN & WHITAKER MORTGAGE, INC.

Pursuant to Fed R. Civ P. 41(a)(1), Plaintiffs Wendy N. Jenkins and Eleanor Spratlin Crawford voluntarily dismiss Defendant Taylor, Bean & Whitaker Mortgage, Inc. from the above-referenced complaint without prejudice as a result of the Notice of Automatic Stay filed with the Court.

Respectfully submitted this 1st day of April, 2011.

                                                     s/Louise T. Hornsby
                                                     Louise T. Hornsby, Esq.
                                                     Counsel for Plaintiffs
                                                     Georgia Bar No. 367800

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed *P*LAINTIFF'S *V*OLUNTARY *D*ISMISSAL OF *D*EFENDANT *T*AYLOR *B*EAN *&* *W*HITAKER *M*ORTGAGE, *I*NC. with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

   Christopher Weich, Esq.
   John H. Williamson, Esq.
   John P. MacNaughton, Esq.
   Linda S. Finley, Esq.
   Ed Novotny, Esq.
   Steven R. Press, Esq.

   Allen C. Myers, Esq.
   T. Ryan Mock, Jr., Esq.
   William M. Davis, Esq.
   W. Reese Willis, Esq.
   Lisa K. Rose, Esq.
   J. Thomas Howell, Esq.
   Steven Flynn, Esq.
   Harold Phears, Esq.
   William M. Davis, Esq.

This 1st day of April, 2011.

                                                     s/Louise T. Hornsby
                                                     Louise T. Hornsby, Esq.
                                                     Counsel for Plaintiffs
                                                     Georgia Bar No. 367800

HORNSBY & ASSOCIATES

2016 Sandtown Road
Atlanta, Georgia 30311
 (404) 752-5082
(404) 758-5337 fax

## **CERTIFICATE OF COMPLIANCE**

This is to certify that this document was prepared in Times Roman, 14 point font that complies with this Court's Rules.

s/Louise T. Hornsby
Louise T. Hornsby, Esq.
Counsel for Plaintiffs
Georgia Bar No. 367800

HORNSBY & ASSOCIATES
2016 Sandtown Road
Atlanta, Georgia 30311
(404) 752-5082
(404) 758-5337 fax